


# EIGHTH CIRCUIT COURT JUDICIAL DISTRICT
## DRUG COURT
155 Main Street - Post Office Box 279
Walnut Grove, Mississippi 39189
DRUGCOURT@BELLSOUTH.NET

Circuit Court Judges
Christopher A. Collins
Mark S. Duncan

Court Coordinator
Marcus D. Ellis Jr.

16 July 2018

Case Manager
Evangeline Harvey

Probation Agents
Jeremy Belk
Marsha Bavetta
Mitch Fondren



TO: Whom It May Concern

Re: Kevin Wells

Kevin Wells was entered into the Eighth Judicial District Drug Court on 10 July 2016, in a non-adjudicated status. As a part of the Drug Court regimen, participants are required to submit to random, unannounced drug screening. This drug screening is conducted at least weekly; since his enrollment, Kevin Wells has been drug screened a total of 80 times. He has never screened positive with the exception of immediately upon entrance into Drug Court: this is totally expected of a new participant.

Kevin Wells is also required to attend weekly Court sessions with the Presiding Judge; attend self-help meetings; complete 80 hours of community service per phase (there are five phases); obtain and maintain gainful employment, and other requirements.

Kevin Wells has discharged all of his Drug court requirements, appropriately, and has repeatedly mentored younger, less experienced participants. Kevin Wells, following his indictment on Federal Charges, voluntarily read a letter that he had written to the Drug Court. This letter indicated that he was extremely grateful for the opportunity to participate in Drug Court; that he was very remorseful concerning his arrest, but that these incidents had preceded his placement into Drug Court. Further, he indicated that Drug Court had literally saved his life, because he was no longer involved in the drug trafficking trade nor was he using any illicit chemicals; that he was now performing as a father should for his daughter, and that he was gainfully employed.

Kevin Wells has discharged his requirements to Drug Court by performing exactly as required by his Order and by his contract.

I am immediately available to testify before any board or hearing, and may be contacted at 601-253-2833, Ext. 201.

Sincerely,

MARCUS D. ELLIS, JR.

SERVING: LEAKE, SCOTT, NEWTON
AND NESHOBA COUNTIES

TELEPHONE: 601-253-2833
FAX: 601-253-2124

204 Dr. Martin L King Dr
Philadelphia, MS 39350

September 28, 2018

To Whom this May Concern:

I am writing this letter on behalf of a young man name Kevin Wells that I know and have known for over 3years.

I am Pastor Dorothy H. Stribling from The Word of God Church. Kevin has been attending church with us for the past 3 years. I found him as a person of honesty and want to do the right thing at all times. I enjoyed working with him and I really missed him when he had to leave. Anything around the church that he could do to help he saw it to get done.

I pray and hope soon he will be back home serving the Lord even more and more. And that he will be an example to help bring others to Christ. He just need a chance again to be home to do it.

Sincerely,

*Pastor Dorothy Stribling*
Pastor Dorothy Stribling
The Word of God Church

908 Dr. Martin L King Drive
Philadelphia, MS 39350

September 28, 2018

Dear Judge,

This letter is written on the behalf of Kevin Wells, he is my cousin I have known all my life. He is a person of great character and ambitious attitude. He has primary care of his daughter Ashley he solely take responsible for her well-being care. He has provide care to make sure she receive her education and any necessary care that is needed. This charges has hugely impact his daughter life to not have her father home. I believe he has changes from his past mistakes and bad choices in the past but I can say for the past 3 years he has significantly overcome his obstacles by trying to do things the right way. He has been on drug court for over 2 years with no violations against himself by working and coming home help his daughter with homework, prepare meals and doing chores around the house. He attends church on Sunday with his daughter. He has completely strived to make a better life for him and his daughter.

Your Honor, I am seeking the mercy of the Court when you decide what punishment for his charge. I hope you find in reach you have favor over him in light of all his changes in the past 3 years.
Thank you for your time and consideration.

Sincerely,

*Tara Stribling*
Tara Stribling