IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.	CRIMINAL NO. 3:18cr48DPJ-LRA

KEVIN ASHLEY WELSS
a/k/a Big 50

ORDER OF DISMISSAL
COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2, of the Criminal Indictment against the defendant, KEVIN ASHLEY WELLS a/k/a Big 50, without prejudice.

D. MICHAEL HURST, JR.
United States Attorney

Date:   October 26, 2018	By:   s/ Erin O. Chalk
	Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this the 30th day of October, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE